FILING FEE PAID:
RECEIPT # 61894
AMOUNT $ 50.00
BY DPTY CLK
DATE 2/1/05

CLERKS OFFICE
2005 FEB -1  A 11: 4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
)
v ) CRIMINAL CASE NO: CR04-10324
)
DANIEL DEL PIANO )

### MOTION TO ADMIT JEROME J. FROELICH JR. PRO HAC VICE

Comes now Victor D. Del Vecchio and moves this Court to admit Jerome J. Froelich Jr. Pro Hac Vice to represent the Defendant, Daniel Del Piano, in the above captioned matter. The following is in support of this motion.

1.

Mr. Froelich has represented Mr. Del Piano during the entire investigation in this matter.

2.

Mr. Froelich is a 1972 graduate of Seton Hall University School of Law. Mr. Froelich has been an Assistant District Attorney in Essex County, New Jersey, an Assistant United States Attorney for the Northern District of Georgia and has been in private practice since approximately 1979.

3.

Mr. Froelich is admitted to the State Bar of Georgia and the State Bar of New Jersey. He is also admitted to the United States District Court of New Jersey, United States District

Court for the Northern District Court of Georgia and other District Courts. Mr. Froelich has been admitted to the United States Supreme Court since April, 1978. Mr. Froelich is also admitted to the Third, Fourth, Fifth and Eleventh United States Circuit Courts of Appeals.

4.

Mr. Froelich is in good standing in the Northern District of Georgia (see attached Certificate of Good Standing), and has never been disciplined by any court or state bar association.

5.

Mr. Froelich has read and is familiar with the Local Rules for the District of Massachusetts.

## Conclusion

For all the above reasons, Mr. Froelich should be admitted Pro Hac Vice.

Respectfully submitted,

Victor D. Del Vecchio
BBO No. 119660

January 20, 2005



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**  }
} ss.
**NORTHERN DISTRICT OF GEORGIA**  }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JEROME J. FROELICH, State Bar No. 278150,** was duly admitted to practice in said Court on November 20, 1975, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 4th day of January, 2005.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Jamee Holland
Deputy Clerk



## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party with a copy of the within and foregoing pleading by hand delivery:

>Ms. Carmen M. Ortiz
>Assistant United States Attorney
>John Joseph Moakley United States Courthouse
>Suite 9200
>1 Courthouse Way
>Boston, Mass. 02210

This 2⁴ day of July, 2005.

JEROME J. FROELICH, JR.
Georgia State Bar No. 278150

McKenney & Froelich
Two Midtown Plaza, Suite 1250
1349 West Peachtree Street
Atlanta, Georgia 30309-2920
(404) 881-1111