# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

LUTHER D. THOMAS  
CLERK OF COURT

(404) 215-1441

July 22, 2005

Clerk's Office:

Rule 5 & 5.1 proceedings were held in this district on regarding, USA v Daniel Delpiano N.D.Ga. Case No.1:05-MJ-970 , Your case No. 04-10324-JLT. Enclosed are our documents of said proceedings.

If you have any questions, please call the me at (404) 215-1441.

Sincerely,

Carole Burks  
Deputy Clerk

Enclosure

| | |
|---|---|
| **MAGISTRATE'S CRIMINAL MINUTES** | FILED IN OPEN COURT |
| REMOVALS (RULE 5 & 5.1) | DATE: __7/21/05 @ 11:41__ |
| | TAPE: __CCH 05-47 @ 3912__ |

MAGISTRATE <u>C. CHRISTOPHER HAGY</u>, PRESIDING <u>CAROLE BURKS</u> DEPUTY CLERK

CASE NUMBER __1:05-MJ-970__          DEFENDANT'S NAME __DANIEL DELPIANO__
AUSA __JON PETER KELLY__             DEFENDANT'S ATTY __JERRY FROELICH__
USPO __CANDICE LOGAN__               Type Counsel (circle)   Retained

__X__ Initial appearance hearing held.
__X__ Defendant informed of rights.
____ ORDER appointing Federal Defender Program attorney for defendant.
____ ORDER appointing _____ attorney for defendant.
____ ORDER defendant shall pay attorney's fees as follows: _____
_____
__X__ Defendant WAIVES removal hearing (as to IDENTITY only). WAIVER FILED.
____ Defendant WAIVES preliminary hearing (___ In this district only). WAIVER FILED.
____ Removal hearing set/reset/cont to _____ @ _____.
____ Removal hearing HELD.
____ Order finding Probable Cause. Defendant held to District Court for removal to other district.
____ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to other district.
____ Order defendant removed to other district. Commitment issued _____
____ Miscellaneous: _____

### BOND/PRETRIAL DETENTION HEARING

__X__ Government Motion for DETENTION filed.
____ Bond/Pretrial DETENTION hearing held.
____ Pretrial detention hearing set for _____. (__ In charging district)
____ (__VERBAL) Motion to reduce bond GRANTED.
____ (__VERBAL) Motion to reduce bond DENIED.
____ Pretrial DETENTION ORDERED. (Written order to follow _____).
__X__ BOND SET at $ __1,000,000.00__ .
     ____ NON-SURETY
     __X__ SURETY/CASH: __X__ Property Acceptable: ____ Corporate Surety Only
     __X__ Combination: __Signature of wife and father in law__
__X__ SPECIAL CONDITIONS: <u>Report to pretrial services, Appear for court in MA, standard conditions of pretrial release.</u>
_____

__X__ BOND FILED. Defendant RELEASED.

\_\_\_\_ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.

WITNESSES:

_____

_____

_____

_____

_____

_____

_____

_____

EXHIBITS:

_____

_____

_____

_____

_____

_____

_____

_____

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

FILED IN OPEN COURT
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT

JUL 2 1 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

___NORTHERN___ DISTRICT OF ___GEORGIA___

UNITED STATES OF AMERICA

V.

___DANIEL DEPIANO___

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 1:05-MJ-970

CHARGING DISTRICTS
CASE NUMBER: 04-10324-JLT

I understand that charges are pending in the _____ District of ___MASSACHUETTS___

alleging violation of ___CONDITIONS OF RELEASE___ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary hearing

(✓) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

7/21/05
Date

_____
Defense Counsel