MCKENNEY & FROELICH
ATTORNEYS AT LAW
TWO MIDTOWN PLAZA
SUITE 1250
1349 WEST PEACHTREE STREET
ATLANTA, GEORGIA 30309-2920

WILLIAM J. MCKENNEY (GA & NY)
JEROME J. FROELICH, JR. (GA & NJ)

OF COUNSEL:
DAVID M. KUPSKY (GA & PA)

TELEPHONE
(404) 881-1111
FACSIMILE
(404) 881-8040
E-MAIL
MCKFROE@AOL.COM

August 16, 2005

The Honorable Joseph L. Tauro
John Joseph Moakley United States Courthouse
Suite 2300
1 Courthouse Way
Boston, Mass. 02210

**Via Federal Express**

RE:  **United States v. Daniel Del Piano**
     **Information No. 04-10324-JLT**

Dear Judge Tauro:

You sentenced my client Daniel Del Piano on Thursday August 11, 2005 to sixty (60) months in the custody of the Attorney General. I would make two requests of you. First, that you recommend to the Bureau of Prisons that Mr. Del Piano be sent to an institution as close to Atlanta as possible. As you probably remember from the Pre Sentence Report, Mr. Del Piano's wife and four children live in Atlanta. In addition, as you may also remember from the Pre Sentence Report, Mr. Del Piano has been drinking heavily. I would also ask that you recommend to the Bureau of Prisons that he receive drug and alcohol treatment.

Thank you for your consideration in this matter.

Very Truly Yours,

Jerome J. Froelich Jr.

JJF/apk

CC:  AUSA Carmen Ortiz

-1-