ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v ) | CRIMINAL CASE NO: 04-10324-JLT |
| ) | (FILED UNDER SEAL) |
| DANIEL DEL PIANO ) | |

### DEFENDANT DEL PIANO'S NOTICE OF APPEAL

Comes now the Defendant, Daniel Del Piano, by and through his attorney, Jerome J. Froelich Jr., and appeals the Judgment and Commitment in the above referenced case. In particular, the Defendant appeals the sentence of sixty months.

Respectfully submitted,

Jerome J. Froelich Jr.
State Bar No. 278150

MCKENNEY & FROELICH
Two Midtown Plaza, Suite 1250
1349 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-1111

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party with a copy of the within and foregoing notice by hand to:

Carmen M. Ortiz
Assistant United States Attorney
John Joseph Moakley United States Courthouse
Suite 9200
1 Courthouse Way
Boston, Mass. 02210

This 16th day of August, 2005.

Jerome J. Froelich Jr.
State Bar No. 278150

MCKENNEY & FROELICH
Two Midtown Plaza, Suite 1250
1349 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-1111