# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-10324

United States of America

v.

Daniel Del Piano

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/18/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 26, 2005.

Sarah A. Thornton, Clerk of Court

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/30/05

Barchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10324-JLT-ALL

Case title: USA v. DelPiano                     Date Filed: 10/28/2004

Assigned to: Judge Joseph L. Tauro

**Defendant**

| | |
|---|---|
| **Daniel Delpiano** (1)<br>*TERMINATED: 08/23/2005* | represented by **Jerome J. Froelich, Jr.**<br>McKenney & Froelich<br>Two Midtown Plaza<br>1349 W. Peachtree Street<br>Suite 1250<br>Atlanta, GA 30309-2920<br>404-881-1111<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

**Pending Counts**             **Disposition**

The defendant is hereby committed to the custody of the US Bureau of Prisons to be imprisoned for a total term of 60 months. The court recommends that the defendant serve his sentence in a facility in Atlanta, GA or in a facility as close to Atlanta as possible AND that

| | |
|---|---|
| 18:371 & 2 - CONSPIRACY; AIDING AND ABETTING (1) | the defendant receive drug and alcohol treatment. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years. The defendant shall not possess a firearm, destructive device, or any other dangerous waeapon. The standard conditions of supervision shall apply. A special assessment of $100.00 and restitution in the amount of $12,651,052.75 are to be paid. |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

| **Plaintiff** | |
|---|---|
| USA | represented by **Carmen M. Ortiz** United States Attorney's Office |

1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3159
Fax: 617-748-3694
Email:
carmen.ortiz@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/2004 | 1 | INFORMATION (Felony) as to Daniel DelPiano (1) count(s) 1., FILED. (Catino, Theresa) (Entered: 10/29/2004) |
| 02/01/2005 | 2 | MOTION for Leave to Appear Pro Hac Vice by Jerome J. Froelich, Jr. Filing fee $ 50.00, receipt number 61894. as to Daniel Delpiano. (Abaid, Kim) (Entered: 02/09/2005) |
| 02/09/2005 |  | Judge Joseph L. Tauro : Electronic ORDER entered granting 2 Motion for Leave to Appear Pro Hac Vice for Attorney Jerome J. Froelich, Jr for Daniel Delpiano. as to Daniel Delpiano (1) (Abaid, Kim) (Entered: 02/09/2005) |
| 02/14/2005 | 5 | SEALED MOTION as to Daniel Delpiano. (Abaid, Kim) (Entered: 03/01/2005) |
| 03/02/2005 | 6 | Judge Joseph L. Tauro : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Daniel Delpiano Sentencing set for 6/6/2005 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) Modified on 3/3/2005 (Abaid, Kim). (Entered: 03/02/2005) |
| 05/31/2005 | 7 | SEALED MOTION as to Daniel Delpiano. (Abaid, |

| | | |
|---|---|---|
| | | Kim) (Entered: 05/31/2005) |
| 06/01/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting [7] Sealed Motion as to Daniel Delpiano (1) (Lovett, Zita) (Entered: 06/01/2005) |
| 07/12/2005 | 8 | SEALED Letter as to Daniel Delpiano (Abaid, Kim) (Entered: 07/15/2005) |
| 07/21/2005 | | NOTICE by the COURT: a REVOCATION HEARING AND DISPOSITION IS SET FOR AUGUST 11, 2005 AT 10:00 A.M. as to Daniel Delpiano. (Lovett, Zita) (Entered: 07/21/2005) |
| 07/28/2005 | 9 | Rule 5 Documents Received as to Daniel Delpiano. (Abaid, Kim) (Entered: 08/01/2005) |
| 08/11/2005 | | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Sentencing held on 8/11/2005 for Daniel Delpiano (1), Count(s) 1, The defendant is hereby committed to the custody of the US Bureau of Prisons to be imprisoned for a total term of 60 months. The court recommends that the defendant serve his sentence in a facility in Atlanta, GA or in a facility as close to Atlanta as possible AND that the defendant receive drug and alcohol treatment. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years. The defendant shall not possess a firearm, destructive device, or any other dangerous waeapon. The standard conditions of supervision shall apply. A special assessment of $100.00 and restitution in the amount of $12,651,052.75 are to be paid.. (Court Reporter Carol L. Scott.) (Abaid, Kim) (Entered: 08/25/2005) |
| 08/17/2005 | 10 | Letter (non-motion) regarding Sentencing Recommendations as to Daniel Delpiano (Abaid, Kim) (Entered: 08/18/2005) |
| 08/18/2005 | 11 | NOTICE OF APPEAL by Daniel Delpiano Filing fee $ 255, receipt number 66462. NOTICE TO |

| | | |
|---|---|---|
| | | COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/7/2005. (Abaid, Kim) (Entered: 08/24/2005) |
| 08/23/2005 | 12 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT as to Daniel Delpiano (1), Count(s) 1, The defendant is hereby committed to the custody of the US Bureau of Prisons to be imprisoned for a total term of 60 months. The court recommends that the defendant serve his sentence in a facility in Atlanta, GA or in a facility as close to Atlanta as possible AND that the defendant receive drug and alcohol treatment. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years. The defendant shall not possess a firearm, destructive device, or any other dangerous waeapon. The standard conditions of supervision shall apply. A special assessment of $100.00 and restitution in the amount of $12,651,052.75 are to be paid. (Abaid, Kim) (Entered: 08/25/2005) |
| 08/23/2005 | 13 | Judge Joseph L. Tauro : ORDER entered. STATEMENT OF REASONS as to Daniel Delpiano (Abaid, Kim) (Entered: 08/25/2005) |
| 08/23/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered. ELECTRONIC ENDORSEMENT as to Daniel Delpiano re: 10 Letter re: sentencing recommendations - ALLOWED. (Abaid, Kim) (Entered: 08/25/2005) |