# United States Court of Appeals
## For the First Circuit

# MANDATE

No. 05-2312

UNITED STATES OF AMERICA,

Appellee,

v.

DANIEL DELPIANO,

Defendant, Appellant.

---

**JUDGMENT**

Entered: May 26, 2006

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence is summarily affirmed. See 1st Cir. R. 27(c).


Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 6/19/06

By the Court:
Richard Cushing Donovan, Clerk

**MARGARET CARTER**
_____
By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Froelich, Ms. Ortiz, Ms. Chaitowitz & Ms. Young.]